FILED'07 APR 19 10:43 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD R. YOUNG,                                06-CV-516-ST

       Plaintiff,                        ORDER

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

       Defendant.


**ALAN STUART GRAF**
Alan Stuart Graf, PC
P.O. Box 98
Summertown, TN 38483
(931) 964-3123

       Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053

1 - ORDER

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**JOANNE ELIZABETH DANTONIO**
Social Security Administration
701 Fifth Avenue, Suite 2900
M/S 901
Seattle, WA 98104
(206) 615-2730

Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#18) on March 16, 2007, in which she recommended this Court remand this case to the Commissioner for further administrative proceedings. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#19). Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this case to the Commissioner

2 - ORDER

for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this 19th day of April, 2007.

_____
ANNA J. BROWN
United States District Judge

3 - ORDER