Alan Stuart Graf, OSB # 92317
alan@hippielawyer.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'07 MAY 02 15:41 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD YOUNG

    Plaintiff,

    v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV 06-516-ST

ORDER FOR EAJA
ATTORNEY FEES

---

Based upon the stipulation of the parties, the Commissioner is ordered to pay $5,129.45 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney plus costs of $365.00 for a total of $5494.45.

It is so ordered:

DATED   5-2-07

_____
United States ~~Magistrate~~ District Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff

ORDER